IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL ) <br> a corporation of Barbados, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDRX PHARMACEUTICALS, LLC and ) <br> ANDRX CORPORATION, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. _____ |

**PLAINTIFF'S RULE 7.1. DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned counsel for Biovail Laboratories International SRL, which is a non-governmental corporate party, certifies that Biovail Laboratories International SRL is a wholly-owned subsidiary of Biovail Corporation and there is no publicly held corporation that owns 10% or more of the stock of Biovail Corporation.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  Attorneys for Plaintiff
  Biovail Laboratories International SRL

Of Counsel:

Joseph M. O'Malley, Jr.
Dominick A. Conde
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
(212) 218-2100

October 14, 2005