# United States District Court

_____DISTRICT OF __DELAWARE_____

BIOVAIL LABORATORIES INTERNATIONAL SRL

        Plaintiff,

    v.

ANDRX PHARMACEUTICALS, LLC. and
ANDRX CORPORATION,

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-730

TO:   Andrx Pharmaceuticals, LLC
       c/o Corporation Service Company
       2711 Centerville Road
       Suite 400
       Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY:

    Jack B. Blumenfeld, Esquire
    Morris, Nichols, Arsht & Tunnell
    1201 N. Market Street, P.O. Box 1347
    Wilmington, DE 19899-1347

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              10-14-05
_____      _____
CLERK                                                                      DATE

_[signature]_____
BY DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>10/18/05 |
| NAME OF SERVER (PPJNT)<br>DENORRIS BRITT | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED : ANDRX PHARMACEUTICALS, LLC C/O THE CORPORATION SERVICE CO AT 2711 CENTERVILLE RD WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY MARY DRUMMOND (PROCESS AGENT)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/18/05
             Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.