**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION,<br><br>　　　　Defendants. | C.A. 05-730 |

**ENTRY OF APPEARANCE**

　　Please enter the appearance of William J. Cattie, III, Esq. and Julie M. Sebring, Esq. as attorneys for the defendants.

**RAWLE & HENDERSON, LLP**

/s/ William J. Cattie, III
William J. Cattie, III, Esq.
I. D. No. 953
Julie M. Sebring, Esq.
I. D. No. 2259
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorneys for Defendants

1225006 v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados,<br><br>     Plaintiff,<br><br>v.<br><br>ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION,<br><br>     Defendants. | C.A. 05-730 |

## CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq., do hereby certify that on November 2, 2005, I have E-filed through LEXIS NEXIS the **ENTRY OF APPEARANCE** to following individual(s):

Jack B. Blumenfeld, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
Attorney for Plaintiffs

**RAWLE & HENDERSON, LLP**

/s/ William J. Cattie, III
William J. Cattie, III, Esq., I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendants

OF COUNSEL:
Martin P. Endres
**HEDMAN & COSTIGAN, P.C.**
1185 Avenue of the Americas
New York, New York  10036

Steven Maddox
**FOLEY & LARDNER, LLP**
3000 K Street, N.W.
Washington, DC  20007

1225006 v.1

1225006 v.1