## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION,<br><br>    Defendants. | C.A. 05-730 |

## CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq. do hereby certify that on November 21, 2005, a true and correct copy of **INITIAL DISCLOSURES BY DEFENDANTS, ANDRX PHARMACEUTICALS, LLC, AND ANDRX CORPORATION PROVIDED PURSUANT TO FED. R. CIV. P. 26(a)(1)** was served upon the following by postage-prepaid first-class mail:

Jack B. Blumenfeld, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North market Street
P. O. Box 1347
Wilmington, DE 19899
(302) 658-9200

Joseph M. O'Malley, Jr., Esq.
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, N. Y. 10112
(212) 218-2100

**RAWLE & HENDERSON LLP**
/s/ William J. Cattie, III
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendants