IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados,<br><br>      Plaintiff,<br><br>v.<br><br>ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION,<br><br>      Defendants. | C.A. 05-730 |

## CERTIFICATE OF SERVICE

I, Julie M. Sebring, Esq., do hereby certify that on November 23, 2005, I have E-filed through LEXIS NEXIS and served via hand delivery the DEFENDANT'S FIRST SET OF INTERROGATORIES TO BIOVAIL to following individual(s):

    Jack B. Blumenfeld, Esq.
    Morris, Nichols, Arsht & Tunnell
    1201 North Market Street
    Wilmington, DE 19801

    **RAWLE & HENDERSON, LLP**

    /s/ Julie M. Sebring
    William J. Cattie, III, Esq. – ID #953
    Julie M. Sebring, Esq. – ID #2259
    300 Delaware Avenue, Suite 1015
    P. O. Box 588
    Wilmington, DE 19899-0588
    (302) 778-1200
    Attorney for Defendants

OF COUNSEL:

| | |
|---|---|
| Martin P. Endres | Steven Maddox |
| **HEDMAN & COSTIGAN, P.C.** | **FOLEY & LARDNER, LLP** |
| 1185 Avenue of the Americas | 3000 K Street, N.W. |
| New York, New York 10036 | Washington, DC 20007 |

1234335 v.1