IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOVAIL LABORATORIES INTERNATIONAL SRL a corporation of Barbados, | )<br>)<br>)<br>) |
| Plaintiff, | ) C.A. No. 05-730-KAJ |
| v | )<br>) |
| ANDRX PHARMACEUTICALS, LLC and ANDRX CORPORATION | )<br>)<br>) |
| Defendants. | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, with the consent and approval of Defendants Andrx Pharmaceuticals, LLC and Andrx Corporation (hereinafter, "Defendants"), the law firm of Rawle & Henderson LLP hereby withdraws its appearance in this case for Defendants, and the law firm of Potter Anderson & Corroon LLP hereby enters its appearance on behalf of Defendants as co-counsel with Foley & Lardner L.L.P.

| RAWLE & HENDERSON LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ William J. Cattie, III<br>　　William J. Cattie, III (#953)<br>　　300 Delaware Avenue, Suite 1015<br>　　P.O. Box 588<br>　　Wilmington, DE 19899<br>　　Tel: (302) 778-1200<br>　　Fax: (302) 1400<br>　　wcattie@rawle.com<br><br>Dated: February 23, 2006<br>720837 / 30015 | By: /s/ Kenneth L. Dorsney<br>　　Richard L. Horwitz (#2246)<br>　　Kenneth L. Dorsney (#3726)<br>　　Hercules Plaza, 6th Floor<br>　　1313 N. Market Street<br>　　Wilmington, DE 19899<br>　　Tel: (302) 984-6000<br>　　Fax: (302) 658-1192<br>　　rhorwitz@potteranderson.com<br>　　kdorsney@potteranderson.com<br><br>*Attorneys for Defendants Andrx Pharmaceuticals, LLC and Andrx Corporation* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

     I, Kenneth L. Dorsney, hereby certify that on February 23, 2006, the attached document was hand-delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Jack B. Blumenfeld
Melissa Stone Myers
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

     I hereby certify that on February 23, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Joseph M. O'Malley, Jr.
Dominick A. Conde
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112
jo'malley@fchs.com
dconde@fchs.com

                                              */s/ Kenneth L. Dorsney*
                                              Richard L. Horwitz
                                              Kenneth L. Dorsney
                                              Potter Anderson & Corroon LLP
                                              Hercules Plaza – Sixth Floor
                                              1313 North Market Street
                                              P.O. Box 951
                                              Wilmington, DE 19899-0951
                                              (302) 984-6000
                                              rhorwitz@potteranderson.com
                                              kdorsney@potteranderson.com

719290